# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2025 ND 107

In the Interest of M.K., a Child

Katie Schaefer, L.B.S.W.,
Cass County Human Service Zone,                    Petitioner and Appellee

     v.

M.K., a child; A.T., father,                                      Respondents

     and

B.K., mother,                          Respondent and Appellant

## No. 20250140

Appeal from the Juvenile Court of Cass County, East Central Judicial District, the honorable Daniel E. Gast, Juvenile Referee.

AFFIRMED.

Per Curiam.

Rebecca R. Jund, Assistant State's Attorney, Fargo, ND, for petitioner and appellee.

Jay Greenwood, Fargo, ND, for respondent and appellant.

**Interest of M.K.**
No. 20250140

**Per Curiam.**

[¶1]   B.K. appeals from a juvenile court order terminating her parental rights to M.K., arguing the court erred in finding by clear and convincing evidence that the child is in need of protection, the causes and conditions leading to the need for protection are likely to continue, and without termination of the parental rights, the child will continue to suffer.

[¶2]   The juvenile court's findings are not clearly erroneous and the court did not abuse its discretion when it terminated B.K.'s parental rights. *See Interest of A.B.,* 2017 ND 178, ¶ 12, 898 N.W.2d 676 (stating the clearly erroneous standard of review applies to the factual findings of a juvenile court in a termination of parental rights proceeding); *see also Interest of A.L.E.,* 2018 ND 257, ¶ 4, 920 N.W.2d 461 (stating the juvenile court has the authority to terminate parental rights when the statutory requirements are proven by clear and convincing evidence). We summarily affirm under N.D.R.App.P. 35.1(a)(2) and (4).

[¶3]   Jon J. Jensen, C.J.
        Daniel J. Crothers
        Lisa Fair McEvers
        Jerod E. Tufte
        Douglas A. Bahr